| | |
|---|---|
| LAW OFFICES OF DONNA DiPIETRO | |
| By: William P. Barrett | Attorney for Defendant, |
| Attorney I.D. No. 48475 | |
| 1601 Market Street, Suite 1040 | Independence Tree |
| Philadelphia, PA 19103 | Service, LLC |
| (215)762-0400 | |
| barretw@nationwide.com | |

---

JESSE HERNANDEZ,                              :
4901 Stenton Ave., Apt. 407                   :
Philadelphia, PA 19144                        :
                                              :
      *Plaintiff*                        :
                                              :
  v.                                       :
                                              :
                                              :   NO. ____ cv _____
INDEPENDENCE TREE SERVICE, LLC   :
50 Senn Dr.                                   :
Chester Springs, PA 19425                     :
                                              :
And                                           :
                                              :
SOUTHEASTERN PENNSYLVANIA        :
TRANSPORTATION AUTHORITY                      :
1234 Market St. 4th Floor                     :
Philadelphia, PA 19107                        :
                                              :
And                                           :
                                              :
NATIONAL RAILROAD PASSENGER      :
CORPORATION d/b/a AMTRAK                      :
60 Massachusetts Ave.                         :
Washington, DC 20002                          :
                                              :
      *Defendants*                       :

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1331 and U.S.C. § 1441(a), Defendant, Independence Construction Corp. improperly named as Independence Tree Service, LLC, hereby removes to the United Stated District Court for the Eastern District of Pennsylvania the case captioned <u>Jesse Hernandez v. Independence Tree Service, LLC.</u>, Philadelphia Court of Common Pleas, Civil Action No. 02689, December 2018 term, and as grounds for removal states as follows:

1. Amtrak has been named as a defendant in an action pending in the Philadelphia Court of Common Pleas, Civil Action No. 02689, December 2018 term.

2. The above-reference action was commenced by the filing of a Complaint on December 21, 2018. A copy of the Complaint is attached hereto as Exhibit A.

3. The Complaint was delivered to Independence Construction Corp. on January 14, 2019.

4. This Notice is being filed within 30 days of receipt of the initial pleading.

5. Pursuant to 28 U.S.C. § 1441(a), this action can be removed to this Court because this Court has original jurisdiction over this action.

6. The United States District Court for the Eastern District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Amtrak was created by an Act of Congress, 49 U.S.C. § 24101 et seq., and more than half of its corporate stock is owned by the federal government. See 28 U.S.C. § 1349.

7. Pursuant to 28 U.S.C. § 1446(a), a copy of the pleadings served upon Defendant Independence Construction Corp. is attached hereto as Exhibit A.

WHEREFORE, Defendant, Independence Construction Corp. improperly named as Independence Tree Service, LLC, requests that the action now pending in the Philadelphia County Court of Common Pleas be removed to the United Stated District Court for the Eastern District of Pennsylvania.

BY: _____
**WILLIAM P. BARRETT, ESQUIRE**
Attorney for Defendant,
Independence Construction Corp.,
improperly named as Independence Tree
Service, LLC

# EXHIBIT A