IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE HERNANDEZ : | |
|     *Plaintiff*, | |
| v. : | |
| | CIVIL ACTION |
| INDEPENDENCE TREE SERVICE LLC | NO. 19-0510 |
| and SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY and | |
| NATIONAL RAILROAD PASSENGER | |
| CORPORATION d/b/a AMTRAK : | |
|     *Defendants*. | |

## ORDER

AND NOW, this 13th day of April 2020, upon consideration of Plaintiff's Motion to Remand (ECF No. 57) and Defendant National Railroad Passenger Corporation d/b/a AMTRAK's Response thereto (ECF No. 58), it is hereby ORDERED as follows:

(1) Plaintiff's unopposed Motion to Remand (ECF No. 57) is GRANTED;

(2) Defendant National Railroad Passenger Corporation d/b/a AMTRAK is DISMISSED from this action with prejudice;

(3) The above-captioned case is REMANDED to the Philadelphia Court of Common Pleas;

(4) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/  C. Darnell Jones, II     J.